UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHELLE TIPTON, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No.: 3:12-CV-207-TAV-CCS |
| ) | |
| VICKI FREEMAN, Warden, ) | |
| Tennessee Prison for Women, ) | |
| ) | |
| *Respondent*. ) | |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this order, Petitioner's pro se petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 [Doc. 1], is hereby **DENIED**, and this case is **DISMISSED**. Furthermore, for the reasons given in the memorandum opinion, any timely appeal taken from this action will be treated as an application for a Certificate of Appealability, which is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT